Case 1:21-cr-00297-JB   Document 17   Filed 03/12/21   Page 1 of 1

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAR 1 2 2021

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | CRIMINAL NO. **21-297 JB** |
| Plaintiff, ) | |
| ) | 18 U.S.C. § 1001(a)(2): False |
| vs. ) | Statement. |
| ) | |
| **DEAN GROSS**, ) | |
| ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

On or about January 23, 2021, in Bernalillo County, in the District of New Mexico, the defendant, **DEAN GROSS**, in a matter within the jurisdiction of the United States Marshals Service, a federal law enforcement agency within the executive branch of the United States, did knowingly and willfully make a materially false, fictious, and fraudulent statement and representation, knowing such statement and representation to be false, fictitious, and fraudulent, by stating and representing that nobody else was located in the same travel trailer in which he was located, which statement and representation were false because the defendant, **DEAN GROSS**, then and there knew that a person wanted for arrest was located in the same travel trailer in which he was located.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL:

/S/
_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney