1          IN THE UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF NEW MEXICO

3

4    UNITED STATES OF AMERICA,

5         Plaintiff,

6         VS.                      CR. NO. 21-0297 JB

7    DEAN GROSS,

8         Defendant.

9

10

11        Transcript of Motion Proceedings before
     The Honorable James O. Browning, United States
12   District Judge, Albuquerque, Bernalillo County,
     New Mexico, commencing on November 23, 2021.
13

14   For the Government:   Ms. Holland Kastrin

15   For the Defendant:   Mr. Buck Glanz

16

17

18

19

20           Jennifer Bean, FAPR, RDR, RMR, CCR
                United States Court Reporter
21              Certified Realtime Reporter
                  333 Lomas, Northwest
22             Albuquerque, NM  87102
                Phone:  (505) 348-2283
23               Fax:  (505) 843-9492

24

25




SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                  201 Third NW, Suite 1630
Santa Fe, NM 87501                          Albuquerque, NM 87102
(505) 989-4949                                    (505) 843-9494
FAX (505) 843-9492                            FAX (505) 843-9492
                                              1-800-669-9492
                                         e-mail: info@litsupport.com

```
 1              THE COURT:  All right.  Good afternoon

 2    everyone.  I appreciate everyone making themselves

 3    available to me this afternoon.

 4              The Court will call United States of

 5    America versus Dean Gross, Criminal Matter No.

 6    21-CR-0297 JB.

 7              If counsel will enter their appearances for

 8    the Government.

 9              MS. KASTRIN:  Good afternoon, Your Honor.

10    Holland Kastrin on behalf of the United States.

11              THE COURT:  Ms. Kastrin, good afternoon to

12    you.

13              And for the defendant.

14              MR. GLANZ:  Good afternoon, Your Honor.

15    Buck Glanz on behalf of Mr. Gross, who is present and

16    in custody.  And may I remove my mask?

17              THE COURT:  You may.  Good afternoon to

18    you, Mr. Glanz.  Mr. Gross, good afternoon to you.

19              THE DEFENDANT:  Hello, sir.

20              THE COURT:  All right.  We're here on the

21    Government's motion for a Lafler-Frye hearing.  I'll

22    certainly hear what anybody wants to say on it, and

23    I'll probably do what y'all want me to do unless

24    there is a disagreement, and it looks like there may

25    be a disagreement on this.  In the past, I have not
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   ordered the magistrate judges to do it, I just do it
 2   myself.  But if that's -- you know, if y'all think
 3   that it would be better if the magistrate does it,
 4   that's fine.  I certainly can't participate in any
 5   way in plea negotiations, and don't want to do
 6   anything like that.  So if y'all prefer the
 7   magistrate to do it, then I'll make that order.  But
 8   if not, we'll just do it right here and get it done.
 9   It's totally up to y'all.
10           But I'm inclined to grant the motion.  I
11   understand Mr. Gross' arguments, but he seems like a
12   person that's -- you know, can make up his own mind,
13   and not going to be persuaded by anything.  And I'm
14   not going to -- if he wants to try his case, he's got
15   the right judge -- I love to try cases -- so we'll
16   get after it.  But that's my thoughts.
17           Ms. Kastrin, if you wish to speak in
18   support of your motion.
19           MS. KASTRIN:  Yes, Your Honor.  First, I'd
20   like to note that the United States does not oppose
21   the Court taking the Lafler-Frye hearing.  The only
22   reason that we frame our motion the way that we do is
23   to protect against the very thing that defense
24   counsel is complaining that he thinks we're trying to
25   do, which is trying to influence plea negotiations.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

4

```
1    It is asking that it be before a magistrate judge.
2    That is our way of overtly showing that we're not
3    trying to do that.  Nonetheless, we believe that we
4    can just make our offer a sealed exhibit to a hearing
5    before this Court.  The Court never sees it, but it
6    protects the record, which goes to the second point
7    here, which is the reason the United States asks for
8    these hearings is not for any of these sinister
9    reasons that are raised in the response.  It is for
10   the sole reason of protecting the integrity of a
11   conviction that we believe we are going to secure in
12   this case with a clear and unambiguous record.
13           The fact of Lafler and the fact of Frye
14   show that there are instances where convictions get
15   turned over because of defects with the communication
16   of a plea offer.  And we're not accusing Mr. Glanz of
17   having that defect.  But an empty record against such
18   a claim after the fact is not as good as a clear and
19   unambiguous record showing not only that he received
20   the offer that was made, but that we can show the
21   exact offer. So he can't claim later: Oh, I got a
22   plea offer, but not that offer.  If I had known it
23   was that offer, I would have taken it.
24           So all we're trying to do is protect the
25   integrity of the conviction.  We're not trying to
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                         Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                            FAX (505) 843-9492
                                                                  1-800-669-9492
                                                          e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

```
 1   induce a plea by this defendant.  But we believe it's
 2   especially important here, when you look at the
 3   record that, at an earlier stage, and for an offer
 4   that no longer exists, that he initially accepted an
 5   offer from the United States, then he absconded, then
 6   that offer was revoked.  And now he is looking at the
 7   chance of additional charges.
 8               And so with that, the specter of that
 9   leading into a trial, we think it is especially
10   important to make sure the record is clear that he is
11   knowingly and voluntarily proceeding to trial.
12               THE COURT:  All right.  Thank you, Ms.
13   Kastrin.
14               Mr. Glanz, if you wish to speak in
15   opposition to the motion, you may do so at this time.
16               MR. GLANZ:  Yes, Your Honor.  Thank you.
17               As an initial matter, Your Honor, I did not
18   by any means mean to cast any nefarious intent to the
19   Government.  In fact, Mr. White, who is the assigned
20   U.S. Attorney on this case, has been very reasonable
21   throughout this process.  I like to think we have a
22   very open line of communication between the two of
23   us.
24               That being said, there is always the
25   possibility that my client could later assert that he
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    did not understand the plea offer and claim

2    ineffective assistance against me.  And that could be

3    a potential constitutional right he wishes to assert,

4    I did feel as a matter of course to oppose the

5    hearing.  I do understand that they are common in

6    this district, and occur with frequency in nearly

7    every case where a defendant intends to proceeds to

8    trial.  I just want to state my opposition.  And if

9    Your Honor does wish to have the hearing today,

10   assuming Your Honor does grant the Government's

11   motion, I have no opposition to Your Honor having

12   that happen right now.

13          THE COURT:  All right.  Thank you, Mr.

14   Glanz.

15          How about you, Ms. Kastrin?

16          MS. KASTRIN:  I just want to add that there

17   is no constitutional right to preserving or

18   perfecting a claim of ineffective assistance in

19   advance of a trial.  So for that reason, we would

20   especially would like a Lafler-Frye hearing here.

21          THE COURT:  Well, I think it's always good

22   to try to reduce error and try to have clarity as

23   much as possible.  When Lafler-Frye came out that

24   year, when it came out, I had been an advocate that

25   the local rule committee, the criminal local rules

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   require that every plea agreement be filed.  I think

2   that was one of the suggestions, I believe it was

3   Justice Kennedy, had for dealing with this.  Another

4   is the colloquy.  And now we're seeing a little bit

5   of both.  But I think they're good.  I mean, this is

6   a very important decision for Mr. Gross, whether to

7   either take a plea or to go to trial.

8            These are big decisions for anybody.  And

9   so to pause for a second and just make sure that

10  we -- everybody is on the same track and ready to go,

11  I think it's a good thing.

12           Do you care -- if Mr. Glanz doesn't care,

13  do you care as to whether a magistrate does it or I

14  do it?

15           MS. KASTRIN:  I do not care.  I think, as a

16  matter of judicial economy at this point, it would

17  make sense to move forward with it today, if the

18  Court is willing to.

19           THE COURT:  Okay.  I'm looking for the --

20  here it is.

21           All right.  So I'll use, roughly, the

22  colloquy that the Government put attached to his

23  brief.

24           But let me talk a little bit to you, Mr.

25  Gross, about my role.  I don't -- whether this is a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   criminal case or a civil case, I do not get involved
 2   in settlement at all.  That's -- I make a real bright
 3   line rule, not just in criminal cases where you have
 4   to, but I even do it in civil.  So I don't get
 5   involved in that at all.  And I'm not going to get
 6   involved with it here.  That's not proper or ethical
 7   for a person that's going to try your case to be
 8   involved in plea negotiations.  So I have zero stake
 9   in this.  If you want to go to trial, we'll get ready
10   and go to trial.  And if you want to take a plea,
11   that's your business.  My role here today is a very
12   simple one; it's just simply to make sure you
13   understand what has occurred, make sure there is no
14   miscommunications.  And Mr. Glanz is right, to try to
15   eliminate probably some habeas corpus or 2255 down
16   the road for anybody to say that he was ineffective.
17   So I think it protects everybody.  But the most
18   important thing is it makes sure that you know at
19   this stage what's gone on -- and I'm sure you do --
20   but make sure that you know.  And then, if you decide
21   to turn down the offer, then we'll talk here in a
22   moment about a pretrial conference, in fact, to get
23   us ready.
24               So I've been informed that the Government
25   extended a plea offer to Mr. Glanz on October 18,
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    2021, which you rejected, after Mr. Glanz conveyed it

2    to you, on October 26, 2021.  Is that right?  Do you

3    understand that to have been the sequence of events?

4                THE DEFENDANT:  Yeah, something like that.

5                THE COURT:  Is there anything about that

6    that you don't think is true?

7                THE DEFENDANT:  Well, Your Honor, may I

8    speak?

9                THE COURT:  You may.  If it's all right

10   with Mr. Glanz.  I want to protect your

11   constitutional rights and not have you get in

12   trouble.

13               MR. GLANZ:  And it is against my advice of

14   counsel.  I do believe he wishes to address the Court

15   on matters unrelated to the hearing today.

16               THE COURT:  Okay.  Well, maybe if it's --

17   well, we'll see.  We'll see.  Maybe we can figure out

18   the topic.  But as far as those sequence of events,

19   you know the Government made you an offer to

20   Mr. Glanz.  They didn't make it directly to you, they

21   made it through Mr. Glanz.  And my understanding is

22   you've rejected the offer.  Is that correct?

23               THE DEFENDANT:  Yeah.  Can I tell you the

24   reason why?

25               THE COURT:  It's not necessary.  You don't

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  need to tell me.

2          THE DEFENDANT:  I don't need to, but

3  some --

4          THE COURT:  Why don't you follow

5  Mr. Glanz's advice.  If he doesn't think it's a good

6  idea, then why don't you not tell me, okay?  All

7  right.  I want you to just follow his advice on this,

8  okay?

9          But you know that the Government extended

10  you a plea offer and you've rejected it; correct?

11          THE DEFENDANT:  Yeah.

12          THE COURT:  Okay.  Now, again, I'm not

13  involved in any plea negotiations, and so I'm not

14  stating any opinion regarding your decision to plead

15  guilty, or proceed to trial, or plead not guilty and

16  settle.  I simply need a yes or a no to the following

17  question, and I'll ask Mr. Glanz first:  Mr. Glanz,

18  did you receive a plea offer for Mr. Gross from the

19  United States on October 18, 2021?

20          MR. GLANZ:  Yes, Your Honor, I did.

21          THE COURT:  And did you communicate the

22  terms of this plea offer to Mr. Gross on October 26,

23  2021?

24          MR. GLANZ:  I did, and on subsequent

25  occasions as well.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  All right.  And Mr. Gross,
 2    these questions are for you:  Did you discuss with
 3    your attorney, Mr. Glanz, the plea offer extended by
 4    the Government to resolve your case?
 5            THE DEFENDANT:  Yeah.  It was something
 6    like that, yeah.
 7            THE COURT:  And are you satisfied that
 8    before rejecting the plea offer or failing to accept
 9    it before it expired, you had a full and complete
10    opportunity to discuss the plea offer with Mr. Glanz,
11    your attorney?
12            THE DEFENDANT:  Was I satisfied?  No.
13            THE COURT:  Are you satisfied that you had
14    an opportunity to discuss it with Mr. Glanz as your
15    attorney?
16            THE DEFENDANT:  No.
17            THE COURT:  Okay.  Do you think you need
18    more time before you reject the offer?
19            THE DEFENDANT:  Well, I'm -- I'm not
20    understanding.  What is -- this Court -- I'm like I'm
21    afraid to say anything just because of what you just
22    said right now.  The Government offered the plea to
23    him.  And when he told me about it, I asked him:  So
24    they're threatening me.  If I don't take the plea,
25    they're going to give me more charges.  They were
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   threatening me.  And that's why I wasn't happy about
 2   taking the plea, you know what I mean, because they
 3   were forcing me into taking it.  So I'm, like,
 4   confused.  It's -- you guys ask us -- or you, Your
 5   Honor, you asked me when I'm up on the stand and they
 6   ask:  Were you promised or did anybody force you into
 7   taking this plea, I'm going to say right now:  Yes, I
 8   was forced into taking the plea, you know.  So I'm
 9   like -- I'm not happy with that, no, I'm not.
10           THE COURT:  Okay.  Well, remember the
11   question isn't whether you're happy or not, because I
12   know this is a tough time for you.  I do.
13           THE DEFENDANT:  Yeah.
14           THE COURT:  I mean, I sit here with men
15   like you all the time, and they've got to make hard
16   decisions.  And I really feel for you.  This is a
17   hard thing.
18           THE DEFENDANT:  Yeah, I'm not happy with
19   it.
20           THE COURT:  But remember I'm not asking you
21   whether you're happy with it.  I'm simply asking you:
22   Have you had a full opportunity to talk to Mr. Glanz
23   about the plea offer before you rejected it?
24           THE DEFENDANT:  We spoke about it, but I
25   haven't had enough time.  It was just dropped on my
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   lap, and said:  If you don't take it by this time,
 2   we're going to charge you with more charges, and
 3   that's it, you know what I mean?  And I'm like, whoa,
 4   hold on, don't I get a say-so in this, you know what
 5   I mean?  And I'm -- look at me, I'm in shackles; I've
 6   been in shackles since 3:00 this morning, you know.
 7   And as far as I know, by the Eighth Amendment it
 8   says, The bail shall not be required nor excessive
 9   fines imposed or cruel and unusual punishment
10   inflicted on me.  And I'm being cruel and unusual
11   punishment, and I haven't been convicted of anything,
12   you know what I mean?  It's hearsay.  I've got paper
13   right here in front of me that's telling me otherwise
14   that I did, in fact --
15             (Counsel conferred with defendant.)
16             THE DEFENDANT:  See, that's where I just --
17   that's why I need a new lawyer, because this is why
18   we're here.  We're in front of the judge, you know, I
19   need help showing him a simple thing like this.
20   Look, it says at the moment --
21             MR. GLANZ:  Your Honor, Mr. Gross is just
22   wishing to go into the factual scenario right now,
23   and I have explained to him that that's what we're
24   going to do at the trial.  I'm advising him not to at
25   this time.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Okay.  I sure would follow his
2      advice, Mr. Gross, because you don't want to sit here
3      in front of the Government talking about the facts of
4      your case, because they might use that against you
5      down the road.
6              MS. KASTRIN:  And, Your Honor, just to
7      avoid any claim of waiver, it is the United States'
8      position that no Eighth Amendment claim or excessive
9      bail or pretrial release would be relevant at a
10     trial, so we would oppose that being raised at a
11     trial, because that has nothing do with what a jury
12     as a fact finder would need to consider.
13              (Defendant conferred with counsel.)
14              THE COURT:  Yeah, that's probably true.
15     But I think he's about to maybe want to talk about
16     the facts of the case.  Right, Mr. Glanz, that's what
17     he's wanting to do?
18              MR. GLANZ:  Yes, Your Honor, that's
19     correct.  And I apologize if the Government was
20     confused about that.  But no, he's attempting to read
21     from the discovery right now.
22              MS. KASTRIN:  Okay, thank you.
23              THE COURT:  Well, what do you suggest?  Do
24     you have any thoughts as to where to go from here,
25     Ms. Kastrin?
```

SANTA FE OFFICE                                                                                    MAIN OFFICE
119 East Marcy, Suite 110                                                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                                                           Albuquerque, NM 87102
(505) 989-4949                                                                                         (505) 843-9494
FAX (505) 843-9492                                                                             FAX (505) 843-9492
                                                                                                  1-800-669-9492
PROFESSIONAL COURT                                                                    e-mail: info@litsupport.com
REPORTING SERVICE


BEAN & ASSOCIATES, Inc.

1        MS. KASTRIN:  I mean, I would ask for

2   further colloquy.  I would note a couple of things in

3   the colloquy.  The United States' position is a

4   defendant doesn't have a right to a plea offer in the

5   first instance.  So the fact that he is unhappy with

6   the plea offer that the United States gave him or the

7   deadline that they gave him is of no constitutional

8   magnitude, since we didn't have to give him an offer

9   in the first instance.

10        We did give him an offer, and that is what

11  I would like for him to just -- if he has seen this,

12  and if I can hand him this exhibit and ask him to

13  read it and acknowledge that this is the offer he

14  received and that he's rejecting, I believe that will

15  be a sufficient record for us.

16        THE COURT:  Go ahead and walk over there,

17  and let him look at it, and see if --

18        MS. KASTRIN:  I'd further note in response

19  to some of the claims that he has made, that part of

20  the offer -- you know, and it is no longer an

21  existing offer at this point -- but part of it --

22        THE COURT:  So the chance to accept it has

23  expired?

24        MS. KASTRIN:  Correct.  Yes, as part of the

25  terms -- and I am raising this because he did -- the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    United States has indicated -- and I said beforehand

2    that there is the possibility of additional greater

3    charges.  That is standard.  Charge bargaining is a

4    standard form of plea negotiations that has been

5    recognized and approved not only in the Tenth

6    Circuit, but by the Supreme Court.  It is part of the

7    how we keep the wheels of justice moving with the

8    number of cases that move through it.

9            The fact that that puts him in a bind of a

10   difficult decision, that's a result of his own

11   decisions to commit more than one crime and give us

12   the option to bring more than one charge.  That's not

13   our fault; that's his own decision making that placed

14   him there.

15           But if he will read this exhibit,

16   acknowledge that he has read this exhibit; that this

17   is the offer he received, and that he has rejected

18   it, we believe that we have a sufficient record for

19   purposes of Lafler-Frye.

20           MR. GLANZ:  And, Your Honor, so there is

21   one issue with this.  It's the way Mr. Gross

22   perceived this offer, which I do believe was

23   accurate.  I believe Mr. White and I were in

24   agreement that, with the two-point acceptance of

25   responsibility, his guideline range would have been

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   zero to six months.  He's served approximately three
 2   months already.  In my experience, at this moment
 3   it's taking about three months for a presentence
 4   report to be generated.  So he was under the
 5   impression that, by the time that came about and made
 6   the sentencing would be nearly the equivalent of a
 7   credit time served sentence.  So, in reviewing this,
 8   he says that's not what it appears, but that was his
 9   understanding, because that's functionally how it
10   would have been.  So that's his only issue in looking
11   at this, because that was not the language of this
12   sealed exhibit.  But nonetheless, he has reviewed the
13   terms and we did discuss it.
14             THE COURT:  All right.  Have you had a
15   chance now to review that plea offer, Mr. Gross?
16             THE DEFENDANT:  Yes, sir.  But that being
17   said, she just said that my chance of signing the
18   plea was over; right?
19             THE COURT:  That's true.
20             THE DEFENDANT:  So that's unfair.
21             THE COURT:  But maybe I'm misunderstanding.
22   Is that the same plea agreement you reviewed earlier?
23             THE DEFENDANT:  No.
24             THE COURT:  Okay.  And is that your
25   understanding, Mr. Glanz, as well that that's not the
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    plea agreement that he received earlier?

 2              MR. GLANZ:  No, Your Honor.  As Your Honor

 3    can understand, this is the exact offer that Mr.

 4    White sent to me.  But often, one of the skills that

 5    is perhaps the most difficult of an indigent criminal

 6    defense attorney is to attempt to always explain

 7    things in the language and vernacular that a person

 8    can understand.  And as I said, functionally, it

 9    would have amounted to a credit time served plea,

10    with the current timeframes that we're looking at.

11    So I think that's the disagreement.

12              THE COURT:  It's just not written into the

13    plea agreement.

14              MR. GLANZ:  It's not written that they

15    agree to a credit time served sentence.

16              THE DEFENDANT:  So that's not fair.

17              (Defendant conferred with counsel.)

18              MS. KASTRIN:  Your Honor, I would propose

19    that you ask the defendant, reading it today, does he

20    reject this plea offer, with all of this

21    understanding.

22              THE COURT:  All right.  I think it's a fair

23    question, Mr. Gross.  You've read the plea agreement

24    today; correct?

25              THE DEFENDANT:  Just right now, yes, sir.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492





PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  And do you reject that plea
 2    agreement?
 3            THE DEFENDANT:  Well, I didn't -- Your
 4    Honor, I didn't read it.  He took it away from me
 5    before I got to read it.  But let me look at it.
 6            (Defendant conferred with counsel.)
 7            THE DEFENDANT:  Yeah, I read it.
 8            THE COURT:  And do you reject it?
 9            THE DEFENDANT:  Yes, sir.
10            THE COURT:  Do you think that's clear
11    enough for your purposes?
12            MS. KASTRIN:  I'd simply like to add to the
13    record that the thing that he just acknowledged that
14    he read, and the thing that he just acknowledged in
15    open court that he rejected, is a document that I
16    will be making a sealed exhibit to the minutes of
17    this, that is labeled "Sealed Exhibit to the
18    Minutes."  I would just ask that, given some of the
19    difficulty of this exchange, that you ask him to
20    assert that he feels like he had enough time to
21    review and understand it, with the recognition that
22    this is, in fact, the same plea offer that was
23    extended two months ago.  But I would just ask for
24    that one additional question about his ability --
25    that he felt like he had enough time and he was able
```

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                     201 Third NW, Suite 1630
Santa Fe, NM 87501                                            Albuquerque, NM 87102
(505) 989-4949                                                         (505) 843-9494
FAX (505) 843-9492                                              FAX (505) 843-9492
                                                                    1-800-669-9492
BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1    to confer with counsel.

2              THE COURT:  Do you feel like you had enough

3    time to decide to reject the plea agreement?

4              THE DEFENDANT:  No, sir, I don't.  But that

5    was not what I was read two or three months ago, like

6    she's saying.  That -- he just admitted that that is

7    not what he told me; that he put it in his own words.

8    So this is the first time I actually got to see it

9    with my own eyes.  And that is not -- I have not had

10   enough time.  But --

11             MS. KASTRIN:  So I would ask how much

12   additional time does the defendant feel that he

13   needs -- because we certainly don't want to proceed

14   with this record -- how much additional time he

15   believes he needs to assess this, and that with the

16   recognition that we have a trial date currently of

17   December 22nd.  And our willingness to even

18   contemplate seeking approval to maintain this plea

19   offer is going to be contingent on his willingness to

20   extend his trial date.

21             THE DEFENDANT:  No.

22             (The defendant conferred with counsel.)

23             THE COURT:  So, I mean -- I can let y'all

24   talk in here for a little bit.  I'm sure Ms. Kastrin

25   would let you talk in here.  Do y'all want to spend a

SANTA FE OFFICE                                    MAIN OFFICE
119 East Marcy, Suite 110                           201 Third NW, Suite 1630
Santa Fe, NM 87501                                  Albuquerque, NM 87102
(505) 989-4949                                      (505) 843-9494
FAX (505) 843-9492                                  FAX (505) 843-9492
                                                    1-800-669-9492

PROFESSIONAL COURT
REPORTING SERVICE                                   e-mail: info@litsupport.com

```
1    little time together, and then y'all tell me when
2    you're ready?  I brought some work, so I can work on
3    an opinion that I'm working on for another criminal
4    case.
5              MR. GLANZ:  And, Your Honor, again, I think
6    part of the problem here is this is a bit of a unique
7    case, particularly with the small amount of time that
8    he was facing under that.
9              And just to clarify, there never was a
10   written plea agreement.  I think that's part of the
11   confusion Mr. Gross is having.  As the Government's
12   motion does state, Mr. White did communicate that
13   offer to me orally, and I did communicate with my
14   client, explaining it to him in terms he could
15   understand.  He did understand what I explained to
16   him.
17             I do believe the disagreement he has right
18   now is that he didn't read this exact language, which
19   is in the terms of how he would put it for a formal
20   record.
21             And do I think, after speaking to him just
22   now, he does still want to proceed to trial, and I
23   think he's ready to continue with the colloquy.
24             THE COURT:  Okay.
25             (Defendant conferred with counsel.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1              THE COURT:  Okay.  So do you feel like --
 2              MS. KASTRIN:  Well, Your Honor, we would
 3      need the defendant to say that he feels he's had
 4      enough time, and had adequate advice of counsel, for
 5      this actually to have met the requirements for which
 6      we're here, is to ensure that it is a knowing and
 7      voluntary decision.
 8              And I'd happily step out of the courtroom
 9      if that would facilitate the discussions.
10              THE COURT:  Well, let's see what
11      Mr. Glanz -- I mean, Mr. Gross says.  Do you feel
12      like you've had enough time to decide whether to
13      reject the plea agreement?
14              THE DEFENDANT:  Yes.  Yes, sir --
15              THE COURT:  And you've had an
16      opportunity --
17              THE DEFENDANT:  -- I don't want that.
18              THE COURT:  Okay.  And you've had a full
19      opportunity to talk to Mr. Glanz, and you're ready to
20      make a decision?  You feel like you've had enough
21      time to decide to reject it?
22              THE DEFENDANT:  Yes, sir.
23              THE COURT:  All right.  Do you think that's
24      good enough for the colloquy?
25              MS. KASTRIN:  And just, again, when he's
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    saying "it," it is the same terms that are in that

 2    exhibit.  With that, I believe that would be

 3    sufficient.

 4              THE COURT:  We're talking about this piece

 5    of paper that I'm never going to see, and it's going

 6    to be put under seal and attached to the minutes.

 7    That's what you're talking about when we talk about

 8    rejecting it; is that right, Mr. Gross?

 9              THE DEFENDANT:  Let me read the back of it.

10              THE COURT:  Okay.

11              MR. GLANZ:  I'm sorry.  Go ahead.

12              THE COURT:  When I say I'll never see it, I

13    mean, I guess down the road, after a trial, and you

14    know, I could see it as a habeas, but I'm not going

15    to see it during this criminal proceeding.

16              Do you feel like you've had enough time to

17    talk to Mr. Glanz and make a decision, Mr. Gross?

18              THE DEFENDANT:  Sure.

19              THE COURT:  All right.  So that document

20    right there in front of you, the white piece of

21    paper, that is the plea agreement.  And you're ready

22    to reject it?

23              THE DEFENDANT:  Can I ask one question,

24    sir?

25              (Defendant conferred with counsel.)
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1          THE DEFENDANT:  Yes, sir.

2          THE COURT:  Okay.  Do you think that's

3    adequate then?

4          MS. KASTRIN:  Yes, Your Honor.

5          THE COURT:  All right.  So we'll retrieve

6    that piece of paper.  I'll ask Mr. Gonzales to seal

7    it into his Court's minutes.

8          Anything else on that motion, Ms. Kastrin?

9          MS. KASTRIN:  Not on that motion.

10          But I would like to raise the current trial

11    date, because, as I noted, the United States expects

12    seeking a superseding indictment that will add a

13    charge.  It is our understanding that defense

14    counsel, should we succeed in doing that, is going to

15    seek severance.  We believe that attempting to get

16    that, since we have to wait for the timing of grand

17    juries, and then proceeding to a motion, a response,

18    and a reply, that that will not be concluded by the

19    present trial date of December 22.  So we want --

20          THE COURT:  What is the severance?  He's

21    the sole defendant in this case; right?

22          MS. KASTRIN:  Correct.  I think --

23          THE COURT:  So he wants to sever --

24          MS. KASTRIN:  The charges.  I think he will

25    seek to sever the two charges that the United States

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1    anticipates being in the superseding indictment.

2            THE COURT:  And what are those charges?

3            MS. KASTRIN:  It would be escape, as well

4    as the current charge of false statement.  And so --

5    and defense counsel -- I don't want to speak for him,

6    but this is my understanding from Mr. White -- has

7    expressed that he will be doing that.  And so just to

8    the extent that we can raise that issue, and the

9    likelihood that that could not be resolved in advance

10   of a trial date, if it's possible to discuss the

11   trial setting and motions deadlines and things like

12   that, we would ask to do that at this time.

13           THE COURT:  How do you feel, Mr. Glanz,

14   about the current trial date?  Is this something you

15   want to keep?  Move?  What would you like?

16           MR. GLANZ:  And my preference, Your Honor,

17   for a number of reasons, is to continue with the

18   trial date.  Again, I've only --

19           THE COURT:  When you say "continue," keep

20   it on?

21           MR. GLANZ:  Keep it as it is on the 22nd.

22           THE COURT:  All right.

23           MR. GLANZ:  I can't speak for the number of

24   witnesses that the Government may call.  But having

25   reviewed the discovery, it does not seem as though it



SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                                  201 Third NW, Suite 1630
Santa Fe, NM 87501                                          Albuquerque, NM 87102
(505) 989-4949                                                     (505) 843-9494
FAX (505) 843-9492                                          FAX (505) 843-9492
                                                              1-800-669-9492
PROFESSIONAL COURT                              e-mail: info@litsupport.com
REPORTING SERVICE

```
 1    would be a lengthy trial.  I think at most there is
 2    five people named in the discovery that could
 3    potentially be witnesses from their side.  And the
 4    allegations in this case span an interaction of
 5    approximately 20 or 30 minutes.  So it doesn't seem
 6    as though it would be something that would take days
 7    of the Court's time or anything like that.  So our
 8    preference would be to keep the existing trial date.
 9              I have not seen a superseding indictment
10    yet.  Mr. White has communicated to me that he
11    intends to seek one.  And I did communicate back to
12    him that I would seek to sever that charge.  It
13    covers different days, different facts, different
14    witnesses.  And I did tell Mr. White I do believe
15    bringing it in the same matter would prejudice Mr.
16    Gross, particularly since the jury would learn about
17    him potentially escaping from the halfway house.  And
18    I do think that would be prejudicial.  And I will
19    raise that in writing once I see a superseding
20    indictment.
21              MS. KASTRIN:  So the issue that the United
22    States has is not with how long the trial will take
23    or the witnesses.  It's the fact of how long briefing
24    and resolution will take.  And that will need to be
25    resolved prior to trial for us to even know how many
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    charges we're proving.
 2              I would note that under Rule A, if charges
 3    are related -- and in this case he could only escape
 4    if he was in custody, and he was only in custody
 5    because of his false statement.  So they are
 6    intertwined.  And we believe they are properly joined
 7    in a single indictment because one requires proof of
 8    the other.
 9              But I also don't want to prejudice the
10    United States and Mr. White in allowing for the
11    amount of time for full briefing on this issue.  And
12    given that we cannot just bring charges unless he'll
13    agree to us doing it by an information.  We don't get
14    to time when or whether we can get the superseding
15    indictment in place.  And if that will be the
16    triggering event for a motion, then we've got 28 days
17    after that for briefing.  I just don't view it as
18    possible to get that motion resolved and proceed to
19    trial knowing what witnesses we're going to need to
20    bring on the 22nd.
21              THE COURT:  Well, I'll leave the trial in
22    place.  It may be that once you get a new indictment,
23    you may look at it differently, given you're going to
24    try to sever and stuff.  Because I don't want to
25    prejudge severance.  But of course, by this point in
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492

BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   my career, I've had a lot of severance motions, and
 2   they're a little bit tough if there is a factual
 3   basis that links the two.  But I'll keep an open mind
 4   on that.  But you might keep that in mind that you've
 5   probably got a difficult motion, given what I've just
 6   heard and what I understand about this case.  And
 7   plus, you may be looking at having to expedite some
 8   briefing or something like that to try to get it
 9   done.  But I'll leave it in place.  If that's what
10   Mr. Gross wants to do is keep it in place, we'll keep
11   in it place, and we'll just plan on a trial.  But you
12   probably ought to plan also on the trial that is pled
13   in the indictment, even the superseding indictment.
14   Because those are tough motions to win, given the
15   case law as I know it.
16           All right.  Is there anything else we need
17   to discuss while we're together?  Anything else I can
18   do for you, Ms. Kastrin?
19           MS. KASTRIN:  Not from the United States.
20   Thank you.
21           THE COURT:  How about you, Mr. Glanz?
22           MR. GLANZ:  No, Your Honor.  And thank you
23   for setting this hearing so quickly.
24           THE COURT:  Is there anything that Mr.
25   Gross is wanting to say that -- you know, I don't
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1   want to prejudice him in any way, but I also want to
 2   be a good judge for him.  Is there anything he can
 3   safely say?
 4              (Defendant conferred with counsel.)
 5              THE DEFENDANT:  Your Honor, one more thing.
 6   Is there any way for a pretrial or like a new bond or
 7   some type of bond or something for me to -- I'm sick.
 8   I've got burned really bad.  I'm not getting the
 9   right medical help over at the marshals, where I'm
10   housed now.  And can you help me with this?
11              THE COURT:  Well, let's do two things, Mr.
12   Gross.  You do remind me we probably need to set a
13   pretrial conference.  So given that we're barreling
14   toward trial on the 22nd, do you want to propose a
15   date, Ms. Kastrin, for a pretrial conference?  And
16   I'll see if it works for Mr. Glanz.  Then I'll
17   address more specifically your question, Mr. Gross.
18   But you reminded me that we do need to get together
19   before we have a trial.
20              MS. KASTRIN:  I don't know if December 13
21   would work.  Again, it's a little difficult without
22   knowing what will be filed, and if it will be fully
23   briefed, in setting a pretrial conference, and what
24   the Court would want to resolve there.
25              THE COURT:  I am going to be traveling on
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

 1   the 13th.  Let's look at the 14th.  I know I've got

 2   to go down to Las Cruces during that period of time.

 3   Do we have some time on the 14th for a pretrial

 4   conference?

 5             THE CLERK:  Do you know when you're going

 6   to Cruces, Your Honor?  Is it the 15th?

 7             THE COURT:  Yes.  I think I've got that

 8   sentencing at 3:00 in the afternoon.  Is that what's

 9   appearing?  That is for Mr. DeLeon.

10             THE CLERK:  In Las Cruces?  I'm sorry, Your

11   Honor?

12             THE COURT:  Yes.

13             THE CLERK:  I don't see it at 3:00.  I

14   think it is at 1:30 on the 15th, Your Honor.

15             THE COURT:  In Las Cruces?

16             THE CLERK:  That's correct, Your Honor.

17             THE COURT:  Okay.  Do we have time for a

18   pretrial conference on the 14th?

19             THE CLERK:  It would have to be

20   mid-morning, Your Honor, 10:00 or 10:30.

21             THE COURT:  What if we did it at 10:30?  A

22   couple hours would be okay.  Why don't we set it at

23   10:00.  That will give us plenty of time.  Is that a

24   sentencing at 8:30, is that what that is?

25             THE CLERK:  There is a sentencing at 9:00.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
1              THE COURT:  Do you want to do it 10:00 or
2    10:30?
3              MS. KASTRIN:  I'd ask the Court to set it,
4    and if it turns out that Mr. White, it doesn't work,
5    or gets kind of superseded by later events and
6    filings, that we can ask to move it at that point.
7              THE COURT:  I've got a sentencing at 9:00.
8    Do you want to set this pretrial for 10:00 or 10:30?
9              MS. KASTRIN:  Assuming it works for
10   Mr. Glanz, I would recommend that we set it at 10:00.
11             THE COURT:  Does that work for you,
12   Mr. Glanz?
13             MR. GLANZ:  Yes, Your Honor.
14             THE COURT:  All right.  So we'll set the
15   pretrial conference at 10:00 on the 14th.  Since I'm
16   going to be here for Christmas, I'm going to go see
17   grandkids that weekend.  So I'll be driving back from
18   Dallas.  That's the reason that I'm going to be
19   traveling on the 13th.  Otherwise, I'd try to
20   accommodate you.
21             I am not prepared to do -- I guess what
22   you're kind of talking about is an appeal of the
23   detention hearing.  I assume that a magistrate judge
24   said you've got to be detained pending trial; right?
25   That's kind of why you're here in custody, rather
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1    than out on conditions?  So to appeal that, I'd have
 2    to look at some stuff; look at the bail report and
 3    things like that.  So we can't do it today.  You talk
 4    to Mr. Glanz.  And then, if y'all feel like you need
 5    to file a motion, we'll set up a detention hearing
 6    and review why you're in custody.  But I don't think
 7    anything about you really, I don't know much about
 8    you.  So I'd have to look at bond reports and things
 9    like that.
10            If I had to guess, you absconding earlier
11    is the kind of thing that a magistrate is not going
12    to let you out.  I won't prejudge it, if you decide
13    to come back, but it's probably going to be an uphill
14    battle, given that you've already got one absconding
15    in this thing.  Because, you know, they don't have to
16    prove much to show you're a flight risk.  But
17    absconding kind of makes their case for them.  So
18    chances are you're going to have to stay in custody
19    till trial.  But the courthouse is always open.  If
20    you feel like you've got a case for getting out, you
21    know, the courthouse is always open.  Okay?
22            THE DEFENDANT:  Yes, sir.
23            THE COURT:  All right.  Anything else?  I
24    guess we've gone through it.  All right.
25            MR. GLANZ:  No, Your Honor.  Thank you.
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Appreciate y'all's

2    presentations.  I'll try to get orders out on this

3    soon.  And I will see you on the 14th.  Y'all have a

4    good Thanksgiving.

5          MS. KASTRIN:  You as well.

6          THE DEFENDANT:  Thank you, Your Honor.

7          (The Court stood in recess.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 843-9492




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com